

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00408-CR

Armando Garcia **VILLEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 365296
Jason Garrahan, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  October 7, 2015

DISMISSED

        Appellant has filed a motion to dismiss this appeal; the motion is signed by Appellant and

his counsel.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is

dismissed.  *See id.*

PER CURIAM

Do not publish